IVEY *et al. v.* THE GEORGIA SOUTHERN AND FLORIDA RAILROAD COMPANY *et al.*

BLECKLEY, C. J.—The evidence before the judge as to whether the property of the plaintiffs would be damaged being conflicting, and the decided preponderance thereof being that no actual damage would be sustained, the judge did not abuse his discretion in denying a temporary injunction, more especially as he required bond and security to be given to cover the contingency of any recovery in the suit. If damages are established at the trial, they may be recovered under the prayer for general relief. *Judgment affirmed.*
SIMMONS, J , not presiding, because of sickness.

January 31, 1890.

Petition for equitable relief, praying injunction to restrain the building of railroad depots, tracks, etc. on an encroachment granted to the defendants in a street in Macon, opposite property of plaintiffs. Before Judge RICHARD H. CLARK. Bibb superior court. May term, 1889.

F. J. M. DALY and R. F. LYON, for plaintiffs.

GUSTIN, GUERRY & HALL and C. L. BARTLETT, for defendants.